UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PATRICIA DAWSON,                      )<br>                                       )<br>            Plaintiff,                )<br>    vs.                                )     1:05-cv-949-SEB-JMS<br>                                       )<br>MICHAEL J. ASTRUE, Commissioner        )<br> of the Social Security Administration,)<br>                                       )<br>            Defendant.                 ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Patricia Dawson is not entitled to Disability Insurance Benefits based on her application filed on September 28, 2001, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date:   09/19/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jame S. Goldstein
jamegoldsteinlaw@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov